NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**LINCOLN GLOBAL, INC.,**
*Appellant*

**v.**

**SEABERY NORTH AMERICA INC.,**
*Appellee*

———————————

2018-1255

———————————

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2016-00840.

———————————

**JUDGMENT**

———————————

JOSEPH S. CIANFRANI, Knobbe, Martens, Olson & Bear, LLP, Irvine, CA, argued for appellant. Also represented by JOHN R. KING, BRIDGET A. SMITH, PAUL A. STEWART.

ELIGIO C. PIMENTEL, McAndrews, Held & Malloy, Ltd., Chicago, IL, argued for appellee. Also represented by GREGORY SCHODDE.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (DYK, WALLACH, and CHEN, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

January 15, 2019
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court